```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, AZ Bar # 016370
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CESAR RAMIREZ-ROSALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-09-0345-WBS |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE; |
|  | ) EXCLUDING TIME |
| CESAR RAMIREZ-ROSALES, | ) |
|  | ) |
| Defendant. | ) Date: April 12, 2010 |
|  | ) Time: 8:30 a.m. |
| _____ | ) Judge: William B. Shubb |

   IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant CESAR RAMIREZ-ROSALES, that the status conference of April 12, 2010 be vacated, and the matter be set for status conference on May 10, 2010 at 8:30 a.m.

   The reason for the continuance is the Government has recently made a plea agreement available to the defendant. Additional time is needed for defense counsel to review the plea agreement with the defendant. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1

IT IS FURTHER STIPULATED and agreed between the parties that the period from the signing of this Order, up to and including May 10, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: April 8, 2010

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    */s/ Douglas Beevers*
    _____
    DOUGLAS BEEVERS
    Assistant Federal Defender
    Attorney for Defendant
    CESAR RAMIREZ-ROSALES

Dated: April 8, 2010    BENJAMIN B. WAGNER
    United States Attorney

    */s/ Michael Anderson*
    _____
By:  MICHAEL ANDERSON
    Assistant U.S. Attorney

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 12, 2010 be continued to **Monday, May 10, 2010 at 8:30am**. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a

2

continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including May 10, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:  April 8, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3