1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, AZ Bar # 016370
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CESAR RAMIREZ-ROSALES

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  No. CR-09-0345-WBS
                                      )
12                  Plaintiff,        )
                                      )  STIPULATION AND [~~PROPOSED~~] ORDER
13        v.                          )  TO CONTINUE STATUS CONFERENCE;
                                      )  EXCLUDING TIME
14 CESAR RAMIREZ-ROSALES,             )
                                      )
15                  Defendant.        )  Date:  June 7, 2010
                                      )  Time:  8:30 a.m.
16 _____  )  Judge: William B. Shubb

17

18        IT IS HEREBY STIPULATED between the parties, Michael Anderson,

19 Assistant United States Attorney, and Douglas J. Beevers, Assistant

20 Federal Defender, attorney for defendant CESAR RAMIREZ-ROSALES, that

21 the status conference of June 7, 2010 be vacated, and the matter be set

22 for status conference on June 21, 2010 at 8:30 a.m.

23        The reason for the continuance is to allow the parties additional

24 time to negotiate a resolution. The parties agree a continuance is

25 necessary for this purpose, and agree to exclude time under the Speedy

26 Trial Act accordingly.

27

28
                                      1

1    IT IS FURTHER STIPULATED and agreed between the parties that the

2   period from the signing of this Order, May 28, 2010,  up to and

3   including June 21, 2010 at 8:30 a.m. be excluded in computing the time

4   within which trial must commence under the Speedy Trial Act, pursuant

5   to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing

6   preparation of counsel.

7   Dated: May 28, 2010

8                                    Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10

11                                   */s/ Douglas Beevers*
                                     _____
12                                   DOUGLAS BEEVERS
                                     Assistant Federal Defender
13                                   Attorney for Defendant
                                     CESAR RAMIREZ-ROSALES
14

15  Dated: May 28, 2010              BENJAMIN B. WAGNER
                                     United States Attorney
16

17                                   */s/ Michael Anderson*
                                     _____
18                            By:    MICHAEL ANDERSON
                                     Assistant U.S. Attorney
19

20                               **O R D E R**

21    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

22  ordered that the status conference presently set for June 7, 2010 be

23  continued to **Monday, June 21, 2010 at 8:30 a.m.** Based on the

24  representation of defense counsel and good cause appearing therefrom,

25  the Court hereby finds that the failure to grant a continuance in this

26  case would deny defendant reasonable time necessary for effective

27  preparation, taking into account the exercise of due diligence.  The

28                                    2

1  Court finds that the ends of justice to be served by granting a

2  continuance outweigh the best interests of the public and the defendant

3  in a speedy trial.  It is ordered that time from the date of this

4  Order, May 28, 2010, up to and including June 21, 2010, shall be

5  excluded from computation of time within which the trial of this matter

6  must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.

7  § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time

8  to prepare.

9  Dated: June 1, 2010

10

11  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

3